IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS,

EASTERN DIVISION

| | | |
|---|---|---|
| HORBERG ENTERPRISES, L.P., an Illinois Limited Partnership, | ) | |
| | ) | 18-cv-4622 |
| Plaintiff, | ) | |
| | ) | Judge Jorge Alonso |
| v. | ) | |
| | ) | |
| ARTHUR HOOD AND CIRRUS GROUP LLLP, a Texas Limited Liability Partnership, | ) | |
| | ) | |
| Defendants. | | |

**<u>AGREED JUDGMENT ORDER</u>**

This Cause coming on to be heard on Plaintiff's Motion for Entry of Agreed Judgment Order and the parties having stipulated and agreed as to the terms of this Agreed Judgment Order:

1. IT IS HEREBY ORDERED that final judgment in the amount of $133,250 shall be entered in favor of plaintiff and against defendants Arthur Hood and Cirrus Group LLLP, jointly and severally, together with interest thereon at the rate of 12% per annum as agreed by the parties until paid in full.

2. IT IS FURTHER ORDERED that defendants Arthur Hood and Cirrus Group LLLP, jointly and severally, shall pay the sum of $2,210 in attorneys fees to plaintiff;

3. IT IS FURTHER ORDERED that defendants Arthur Hood and Cirrus Group shall fully comply with the provisions of paragraph 16 of the parties' Settlement Agreement attached as Exhibit A to plaintiff's Motion to Reinstate Case and for Entry of Agreed Judgment [17].

ENTERED:

3/7/19

Jorge L. Alonso
United States District Judge